## REVISED CERTIFICATE OF SERVICE BY FEDERAL EXPRESS

        I, Bradford L. Rowbotham, herby certify under the penalty of perjury that on June 6, 2006, a true and correct copy of the attached:

    **-SUMMONS**
    **-COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

was served by FEDERAL EXPRESS upon.

    SEE "ATTACHED SERVICE LIST"


On June 7, 2006, a true and correct copy of the attached

    **-SUMMONS**
    **-COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

was served by FEDERAL EXPRESS upon

    Bozovich Timber Products, Inc.
    126 Salter Street
    Evergreen, AL 36401

    Registered Agent for Bozovich Timber Products, Inc.
    Transglobal Corp. Administration LLC
    520 Brickell Key Drive, Suite 0-305
    Miami, Florida 33131

    TBM Hardwoods, Inc.
    Attn: Thomas B. McIlvain, Jr., Chairman
    100 Filbert Street
    Hanover, PA 17331

    T. Baird International Corporation
    Attn: Chief Executive Officer Eugene E. Reitz
    601 S. Henderson Road
    King of Prussia, PA 19406

Dated: New York, NY

June 7, 2006

                                                                             Bradford L. Rowbotham

## Service List

### Department of Justice

Alberto R. Gonzales, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Attorney-in-Charge
International Trade Field Office
Commercial Litigation Branch
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

### Department of the Interior

Art Gary, Associate Solicitor
Division of General Law
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

Dirk Kempthorne, Secretary
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

### U.S. Fish & Wildlife Service

Art Gary, Associate Solicitor
Division of General Law
U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

Dale Hall, Director
U.S. Fish & Wildlife Service
1849 C Street, NW
Washington, DC 20240

### U.S. Department of Agriculture

James Michael Kelly
Office of the General Counsel
U.S. Department of Agriculture
Whitten Building Room 107W
1400 Independence Avenue, SW
Washington, DC 20250

Mike Johanns, Secretary
U.S. Department of Agriculture
1400 Independence Avenue, SW
Washington, DC 20250

### Animal and Plant Health Inspection Service

James Michael Kelly
Office of the General Counsel
U.S. Department of Agriculture
Whitten Building Room 107W
1400 Independence Avenue, SW
Washington, DC 20250

Dr. Ron DeHaven, Administrator
U.S. Department of Agriculture
Animal and Plant Health Inspection Service
4700 River Road
Riverdale, MD 20737

### U.S. Department of Homeland Security

Phillip J. Perry
Office of the General Counsel
U.S. Department of Homeland Security
3801 Nebraska Avenue, NW
Washington, DC 20528

Michael Chertoff, Secretary
U.S. Department of Homeland Security
3801 Nebraska Avenue, NW
Washington, DC 20528

## U.S. Custom and Border Protection

U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue, NW
Washington, DC 20229

W. Ralph Basham, Commissioner Designate of U.S. Customs and Border Protection
U.S. Customs and Border Protection
1300 Pennsylvania Avenue, NW
Washington, DC 20229

RECEIVED & FILED

2006 JUN -7  A 12: 14